UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY
Plaintiff

v.                                                    No. 1:10-cv-00215-WAP-JAD

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.14 ACRE OF LAND, MORE
OR LESS, IN OKTIBBEHA COUNTY,
MISSISSIPPI, WITH RESPECT TO AN
UNDIVIDED 4/5 INTEREST THEREIN, and
CHRISTINE BOYD EVANS, ET AL.
Defendants

## ORDER OF POSSESSION

Pursuant to 40 U.S.C. §§ 3114-3118 (2006) (formerly codified as 40 U.S.C. §§ 258a-258e), which authorizes the Court "to give the Government immediate possession of the [condemned] property" (*United States v. Miller*, 317 U.S. 369, 381 (1943)), it is hereby Ordered that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the pleadings filed herein, and that the Defendants in such action surrender possession of the said property to the Tennessee Valley Authority accordingly.

This the 13th day of September, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

1

Tendered by:

*s/Thomas A. Robins*
Thomas A. Robins
Senior Attorney
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone   865-632-7034
Facsimile   865-632-2422
Email    tarobins@tva.gov

Attorney for Plaintiff